## HUGO ROSEBERG ET AL. v. AMERICAN HOTEL AND GARDEN COMPANY ET AL.

Decided January 19, 1927.

On defendant's rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the rule, *John C. Reed* and *Clarence L. Cole.*

*Contra, William Elmer Brown, Jr.,* and *Emerson L. Richards.*

PER CURIAM.

The verdicts in this case in favor of Roseberg and of Allen are so grossly excessive as to make it plain that they are the result either of prejudice or ignorance on the part of the jury.

For this reason the rule to show cause will be made absolute.